# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOE and MARY ZEITCHICK

**DEFENDANTS**
Nevada System of Higher Education, dba Western Nev. Comm. College; Carol Lucey; Helaine Jesse; David Rollings; West Nev. Comm College; Washoe Co.

**(b)** County of Residence of First Listed Plaintiff: Washoe
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Washoe
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number):
Mark Mausert, 930 Evans Ave, Reno, NV  786-5477

Attorneys (If Known)

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

## IV. NATURE OF SUIT

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
42 U.S.C. 2000 — Retaliation for Exercise of 1st Amendment rights

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 2,000,000   JURY DEMAND: ☒ Yes

## VIII. RELATED CASE(S) IF ANY

DATE: 3/14/06
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE