# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOE & MARY ZEITCHICK, | ) | 3:06-CV-0138-ECR (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 22, 2009 |
| NEVADA SYSTEM OF HIGHER EDUCATION, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs' former counsel, Jeffrey Dickerson, filed an emergency motion to vacate and reset the settlement conference (#105) which is set for July 27, 2009. Plaintiffs opposed the motion (#107) and Mr. Dickerson replied (#108).

Mr. Dickerson's emergency motion to vacate and reset the settlement conference (#105) is **DENIED.** The court will not delay the settlement conference set in this case. Mr. Dickerson has filed an attorney's lien (#104). The remedy is to adjudicate the lien pursuant to N.R.S. § 18.015.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:         /s/
            Deputy Clerk