UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

JOE ZEITCHICK,                          )    3:06-CV-0138-ECR-VPC (Base File)
                                        )    3:06-CV-0642-ECR-VPC (Member File)
        Plaintiffs,                     )
                                        )    MINUTES OF THE COURT
vs.                                     )
                                        )    DATE: June 11, 2010
CAROL LUCEY and HELAINE JESSE           )
                                        )
                                        )
        Defendants.                     )
                                        )

PRESENT:      EDWARD C. REED, JR.                      U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN          Reporter:      NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

        Plaintiff will not be presenting testimony from Daniel Yoshpe and
withdraws his expert report.

        **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' motion in limine to
exclude the expert testimony and report of Daniel Yoshpe, P.E. (#156) is
**DENIED** as moot.

LANCE S. WILSON, CLERK

By _____/s/_____
              Deputy Clerk