```
                   UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | |
|---|---|
| JOE ZEITCHICK, | 3:06-CV-0138-ECR-VPC (Base File) |
| | 3:06-CV-0642-ECR-VPC (Member File) |
|     Plaintiffs, | |
| | MINUTES OF THE COURT |
| vs. | |
| | DATE: June 11, 2010 |
| CAROL LUCEY and HELAINE JESSE | |
| | |
|     Defendants. | |

PRESENT:     EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN          Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                   NONE APPEARING

Counsel for Defendant(s)                   NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Plaintiff seeks an order prohibiting Defendants from referring to or claiming that Plaintiff's $2750 payment to the WNCC foundation and commitment to pay $50,000 for the construction of a sound wall was a gift or donation.  Such an order would essentially prohibit Defendants from presenting their defense to the claim in this case.

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's motion in limine re payment/commitment (#162) is **DENIED**.


                                         LANCE S. WILSON, CLERK

                                         By     /s/
                                              Deputy Clerk