```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | | |
|---|---|---|
| JOE ZEITCHICK, | ) | 3:06-CV-0138-ECR-VPC (Base File) |
| | ) | 3:06-CV-0642-ECR-VPC (Member File) |
| Plaintiffs, | ) | |
| | ) | MINUTES OF THE COURT |
| vs. | ) | |
| | ) | DATE: June 11, 2010 |
| CAROL LUCEY and HELAINE JESSE | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:     EDWARD C. REED, JR.                     U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN         Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    Plaintiff seeks an order "prohibiting defendants from using, mentioning or referencing Plaintiff's or his wife's religious beliefs, ministry work and other professional activities associated therewith, their education/training, and/or their occupation or soliciting that information from Plaintiff's wife, Mary Zeitchick." (P.'s MIL re Religion at 1 (#164).)

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's motion in limine re religion (#164) is **GRANTED** on the following basis. Defendants are prohibited from referencing or inquiring about Plaintiff's or his wife's religious beliefs, ministry work, education, training or activities associated therewith. Nevertheless, if Plaintiff seeks damages associated with the adverse impact of Defendants' actions on his or his wife's ability to work or pursue these activities, Plaintiff will be deemed to have opened the door to such inquiries. In that case, references to and inquiries about the matters delineated above will be permitted.

```
                                        LANCE S. WILSON, CLERK

                                        By    /s/
                                              Deputy Clerk
```