```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | |
|---|---|
| JOE ZEITCHICK, | 3:06-CV-0138-ECR-VPC (Base File) |
| | 3:06-CV-0642-ECR-VPC (Member File) |
| Plaintiffs, | |
| | MINUTES OF THE COURT |
| vs. | |
| | DATE: June 11, 2010 |
| CAROL LUCEY and HELAINE JESSE | |
| | |
| Defendants. | |

PRESENT:   EDWARD C. REED, JR.                         U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN          Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Plaintiff seeks an order prohibiting Defendants from calling Charles M. Salter as an expert witness and/or mentioning Mr. Salter's expert report. Plaintiff objects to Mr. Salter's report and testimony on the following basis: First, Plaintiff claims that though Mr. Salter is an acoustical expert, he failed to follow the principles and methods set forth by the Air-Conditioning & Refrigeration Institute and the standards Mr. Salter based his methodology on.  Second, Plaintiff argues that Mr. Salter is not a rebuttal expert and thus his expert report was not timely disclosed.  Plaintiff's only argument with respect to whether Mr. Salter is a rebuttal expert is that Mr. Salter was disclosed as a witness and rebuttal witnesses are not required to be disclosed.

    Plaintiff's concerns regarding Salter's methodology or application thereof can be explored by Plaintiff on cross-examination.  Defendants will only be permitted to present Salter's report and testimony to rebut the testimony and report of Plaintiff's acoustical expert.

    **IT IS, THEREFORE, HEREBY ORDERED** Plaintiff's motion in limine re Salter report (#165) is **DENIED** on the following basis. Defendants are only permitted to present Salter's report and testimony to rebut the testimony and report of Plaintiff's acoustical expert.

                                                          LANCE S. WILSON, CLERK

                                                          By    /s/
                                                              Deputy Clerk