AO 450 (Rev 03/08) Judgment in Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

JOE ZEITCHICK,

                Plaintiff,

vs.

                                        Civil Action No. 03:06-CV-138-ECR-VPC

CAROL LUCEY and HELAINE JESSE,

                Defendants.

## JUDGMENT IN A CIVIL CASE

This action was (check one):

__X___ tried by a Jury with Judge EDWARD C. REED, JR., presiding, and the Jury has rendered a verdict.

_____ tried by Judge EDWARD C. REED, JR., without a Jury, and the following decision was reached:

IT IS ORDERED that

Pursuant to the Verdict of the Jury, judgment is hereby entered, as follows:

Judgment is hereby entered in favor of all defendants, and against plaintiff.

Date: July 2, 2010

                                                      LANCE S. WILSON, CLERK

                                                      By _C. Larsen_____
                                                                      Deputy

[Stamp: FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — JUL 2 2010 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: ____ DEPUTY]